Guthrie SHELBY, Appellant, v. STATE of Texas, Appellee.

No. 20963.

Court of Criminal Appeals of Texas.

April 3, 1940.

John L. Poulter, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for receiving and concealing stolen property, punishment assessed being three years' confinement in the penitentiary.

Since this court acquired jurisdiction of the case appellant has filed his affidavit advising that he does not further desire to prosecute his appeal, and at his request the same is ordered dismissed.

■

ANDERSON & KERR DRILLING CO. et al., Appellants, v. F. A. BRUHLMEY-ER et al., Appellees.

No. 13795.

Court of Civil Appeals of Texas.
Fort Worth.

April 5, 1940.

Cantey, Hanger, McMahon, McKnight & Johnson, of Fort Worth, and Hayes,

Richardson, Shartel, Gilliland & Jordan, of Oklahoma City, Okl., for appellants.

John W. Culp, of Gainesville, Fred H. Minor, of Denton, A. A. White, of Tyler, Wynne & Wynne and Wm. A. Wade, all of Longview, and A. W. Walker, Jr., and Preston Shirley, both of Austin, for appellees.

BROWN, Justice.

As is shown in our opinion published in 115 S.W.2d 1212, this is an appeal from an order granting an application for a receiver in a cause pending in the District Court of Cooke County.

The cause being certified to the Supreme Court, that Court, as is shown by its opinion published in 136 S.W.2d 800, answered the questions so certified in a manner nullifying the original opinion handed down by us.

In obedience to and in accordance with the opinion of the Supreme Court, the former opinion by this court is withdrawn, the order entered in accordance with our former opinion is set aside, and all assignments of error are overruled, and the judgment of the trial court is affirmed.

■

R. C. HENDERSON, Plaintiff in Error, v.
C. A. HORN, Defendant in Error.

No. 10710.

Court of Civil Appeals of Texas.
San Antonio.

March 13, 1940.

Rehearing Denied April 10, 1940.

Atlas Jones, of Uvalde, for plaintiff in error.

William J. Fuller, Jr., of Montgomery, Ala., for defendant in error.

PER CURIAM.

Affirmed without written opinion. Associated Indemnity Corporation et al. v. J. M. Gatling, Tex.Civ.App., 75 S.W.2d 294.